1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

RODNEY A. JOSEPH,

                        Plaintiff,

        vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

                        Defendant.

CASE NO. 11-CV-2884 W (KSC)

**ORDER:**

**(1) ADOPTING REPORT AND RECOMMENDATION [DOC. 17];**

**(2) DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [DOC. 14]; AND**

**(3) GRANTING DEFENDANT'S CROSS MOTION FOR SUMMARY JUDGMENT [DOC. 15]**

On December 9, 2011, Plaintiff Rodney A. Joseph filed a complaint in this Court seeking judicial review of Defendant Social Security Administration Commissioner's final decision denying his claims for disability insurance benefits and supplemental security income. [Doc. 1.]  On May 16, 2012, Plaintiff filed a motion for summary

1  judgment, which Defendant timely opposed. [Doc. 14; Doc. 15.]  On July 3, 2013,
2  Defendant filed a cross-motion for summary judgment. [Doc. 15.]

3       On December 12, 2011, United States Magistrate Judge Karen S. Crawford
4  issued a Report and Recommendation ("Report") recommending that this Court deny
5  Plaintiff's motion for summary judgment and grant Defendant's cross motion for
6  summary judgment. [Doc. 17.]  The Report also ordered that any objection was to be
7  filed by February 22, 2012.  (*Id.* at 13.) To date, neither party has filed an objection or
8  made a request for additional time to do so.

9       A district court's duties concerning a magistrate judge's report and
10  recommendation, and a party's objections thereto, are set forth in Rule 72(b) of the
11  Federal Rules of Civil Procedure and 28 U.S.C. § 636(b)(1).  When no objections are
12  filed, the district court is not required to review the magistrate judge's report and
13  recommendation.  See United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.
14  2003) (en banc) (holding that 28 U.S.C. § 636(b)(1)(C) "makes it clear that the district
15  judge must review the magistrate judge's findings and recommendations de novo *if*
16  *objection is made,* but not otherwise") (emphasis in original); Schmidt v. Johnstone, 263
17  F. Supp. 2d 1219, 1226 (D. Ariz. 2003) (concluding that where no objections were filed,
18  the district court had no obligation to review the magistrate judge's report).  This rule
19  of law is well-established within the Ninth Circuit and this district.  See Wang v.
20  Masaitis, 416 F.3d 992, 1000 n.13 (9th Cir. 2005) ("Of course, de novo review of a R
21  & R is *only* required when an objection is made to the R & R.") (emphasis added)
22  (citing Renya-Tapia, 328 F.3d at 1121); Nelson v. Giurbino, 395 F. Supp. 2d 946, 949
23  (S.D. Cal. 2005) (Lorenz, J.) (adopting report in its entirety without review because
24  neither party filed objections to the report despite the opportunity to do so); see also
25  Nichols v. Logan, 355 F. Supp. 2d 1155, 1157 (S.D. Cal. 2004) (Benitez, J.).

26       Accordingly, the Court accepts Magistrate Judge Crawford's recommendation,
27  and **ADOPTS** the Report in its entirety [Doc. 17].  For the reasons stated in the
28  Report, which is incorporated herein by reference, the Court **DENIES** Plaintiff's motion

11cv2884w

1  for summary judgment [Doc. 14] and **GRANTS** Defendant's cross motion for summary

2  judgment [Doc. 15].  The district court clerk shall close the district court case file.

3

4          **IT IS SO ORDERED.**

5  **DATED:  March 1, 2013**

6

7                                                   Hon. Thomas J. Whelan

8                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28